**Anthony James MOORE, Appellant,**

v.

**Leann K. BERTSCH, individually and as Director of Corrections; Timothy Schuetzle, individually and as NDSP Warden; Robert Coad, individually and as NDSP Deputy Warden; Dr. John Hagan, individually and in his official capacity; Beth Taghorn; Ginny Althoff; Hope Olson; Daniel Wrolstad; David Krabbenhoft, individually and in their official capacities, Appellees.**

No. 07–3170.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 29, 2008.
Filed: Sept. 23, 2008.

Anthony James Moore, North Dakota State Penitentiary, Bismarck, ND, pro se.

Warden–ND, North Dakota State Penitentiary, Bismarck, ND, for Appellant.

Trent W. Mahler, Attorney General's Office, Bismarck, ND, for Appellees.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Inmate Anthony Moore appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, *see Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 499 (8th Cir. 2008), we agree with the district court that there were no trialworthy issues. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Daniel L. Hovland, Chief Judge, United States District Court for the District of North Dakota.